ACCEPTED
01-15-00102-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 11:03:18 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00102-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | FILED IN IN THE COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| | § | 6/26/2015 11:03:18 AM |
| VS. | § | FIRST COURT |
| | § | CHRISTOPHER A. PRINE |
| | § | Clerk |
| BRODRICK MICHAEL JAMES | § | OF APPEALS |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Brodrick Michael James, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 149th Judicial District Court of Brazoria County, Texas.

2. The case below was styled the State of Texas vs. Brodrick Michael James, Cause #74207.

3. Appellant was convicted of Delivery of a Controlled Substance - Enhanced.

4. Appellant was assessed a sentence of 45 years TDCJ-ID on January 28, 2015.

5. Notice of appeal was given on January 28, 2015.

6. The clerk's record was filed on May 21, 2015 and the reporter's record from the trial of this matter was filed June 1, 2015.

7.  The appellate brief is presently due on July 1, 2015.

8.  Appellant requests an extension of time to file appellant's brief until July 15, 2015.

9.  No extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Appellate counsel maintains a busy and active criminal case load and requests additional time to exercise the appropriate level of diligence in order to properly review the record, conduct the necessary legal research, and prepare appellant's brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that the Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

/s/ Keith G. Allen

Keith G. Allen
2360 CR 94, Suite 106
Pearland, TX 77584
Tel: (832) 230-0075
Fax: (832) 413-5896
State Bar No. 01043550
E-Mail: Keith@KGAllenLaw.com
Attorney for Brodrick Michael James

## CERTIFICATE OF SERVICE

This is to certify that on _____6/26/15_____ a true and correct copy of the above and foregoing document was served on Jeri Yenne, Brazoria County District Attorney, 111 E. Locust #408A, Angleton, Texas 77515 pursuant to TRAP 9.5.

/s/ Keith G. Allen
Keith G. Allen

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF BRAZORIA** | § |

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Keith G. Allen, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct according to my belief."

Keith G. Allen
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on 6/26/15 ,

to certify which witness my hand and seal of office.

Notary Public, State of Texas

VERONICA HIGGINS
Notary Public, State of Texas
My Commission Expires
December 16, 2017